# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENII EGORKIN,<br>Petitioner,<br>v.<br>THOMAS GILES,[1] *et al.*,<br>Respondents. | Case No. CV 26-02071-DMG (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus [Doc. # 1], Respondents' Answer [Doc. # 21], Petitioner's Reply, [Doc. # 22], the November 19, 2026 Report and Recommendation of United States Magistrate Judge ("Report") [Doc. # 26], and all of the records and files herein. The deadline for filing objections has passed, and no objections have been received.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Thomas Giles, the ICE Los Angeles Field Director, is hereby substituted as Respondent.

the Report.

IT IS HEREBY ORDERED that:

(1) the Report and Recommendation is accepted and adopted;

(2) the motion to expedite ruling is denied as moot [25];

(3) the Petition is GRANTED IN PART as to Petitioner's procedural due process claim and DENIED IN PART as to the remaining claims;

(4) Respondents are ORDERED to release Petitioner (A#216-002-332) immediately and place him on the conditions that existed prior to his current detention;

(5) Respondents shall return to Petitioner any of Petitioner's personal belongings that were seized from him, including all identification, work authorization, or other official documents;

(6) Respondents are ORDERED to file a compliance report within two (2) court days from the date of this Order;

(7) Respondents are ENJOINED from further detention of Petitioner absent strict compliance with the requirements of due process and all acceptable statutes and regulations; and

(8) Respondents' attorney shall provide a copy of this Order to Respondents immediately.

DATED: November 24, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE