**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENII EGORKIN, Petitioner, v. THOMAS GILES,[1] *et al.*, Respondents. | Case No. CV 26-02071-DMG (RAO) JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED IN PART, and this action is closed.

DATED: November 24, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Thomas Giles, the ICE Los Angeles Field Director, is hereby substituted as Respondent.